IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA | **I N D I C T M E N T** |
| v. | Case No. _____ |
| JOSHUA PAUL KRANIG | Violations: 21 U.S.C. § 846; and 18 U.S.C. §§ 922(g)(1) and 924(a)(2) |

COUNT ONE

**Conspiracy to Possess with Intent to Distribute and Distribute Methamphetamine**

The Grand Jury Charges:

From in or between January 2021 and the date of this Indictment, in the District of North Dakota, and elsewhere,

JOSHUA PAUL KRANIG

did knowingly and intentionally combine, conspire, confederate, and agree together and with others, both known and unknown to the grand jury, to possess with intent to distribute and distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(viii), and Title 18, United States Code, Section 2.

OVERT ACTS

In furtherance of this conspiracy and to effect and accomplish the objects of it, one or more of the conspirators committed the following overt acts:

1. It was a part of said conspiracy that the defendant and others would and did distribute and possess with intent to distribute methamphetamine, a Schedule II controlled substance, in the state of North Dakota, and elsewhere;

2. It was further a part of said conspiracy that one or more of the conspirators arranged the transfer of methamphetamine, a Schedule II controlled substance, from outside the state of North Dakota, into the state of North Dakota;

3. It was further a part of said conspiracy that the defendant and others would and did attempt to conceal their activities;

4. It was further a part of said conspiracy that the defendant and others would and did use United States currency in their drug transactions; and

5. It was further a part of said conspiracy that the defendant and others would and did use telecommunication facilities, including cellular telephones, to facilitate the distribution of methamphetamine;

In violation of Title 21, United States Code, Section 846; <u>Pinkerton v. United States</u>, 328 U.S. 640 (1946).

## COUNT TWO

### Possession of Firearms by a Convicted Felon

The Grand Jury Further Charges:

From in or between April 28, 2022, and May 5, 2022, in the District of North Dakota,

JOSHUA PAUL KRANIG,

knowing that he had been previously convicted of the following crime punishable by imprisonment for a term exceeding one year:

(1) Manuf/Deliver Cocaine (>40g) – Eau Claire County – Wisconsin, Case 2009CF000500, on or about December 16, 2010,

did knowingly possess in and affecting commerce firearms, that is:

- One Tennessee Arms manufactured, Model AR-15, 5.56 caliber rifle, Serial Number A000014751;

- One Palmetto State Armory manufactured, Model AR-15, 5.56 caliber rifle, Serial Number SCD938345

- One Palmetto State Armory manufactured, Model AR-15, 5.56 caliber rifle, Serial Number SCD079361; and

- One Palmetto State Armory manufactured, Model AR-15, 5.56 caliber rifle, Serial Number SCD932683;

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

A TRUE BILL:

/s/ Foreperson
Foreperson

/s/ Jennifer Klemetsrud Puhl
JENNIFER KLEMETSRUD PUHL
United States Attorney
JAE:sj