IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSHUA PAUL KRANIG,<br><br>Defendant. | Case No. 1:22-cr-00200<br><br>**UNITED STATES'**<br>**SENTENCING MEMORANDUM** |

The United States of America, by Mac Schneider, United States Attorney for the District of North Dakota, and Christopher C. Myers, Assistant United States Attorney, has no objections or corrections to the Presentence Investigation Report in this case.

Dated: March 20, 2024

                                      MAC SCHNEIDER
                                      United States Attorney

By:   */s/ Christopher C. Myers*
       CHRISTOPHER C. MYERS
       Assistant United States Attorney
       ND Bar ID 05317
       655 First Avenue North, Suite 250
       Fargo, ND  58102-4932
       (701) 297-7400
       chris.c.myers@usdoj.gov
       Attorney for United States